```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 00083
    VICTORIA A CHAPMAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5129

------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/03/2005 and was confirmed 02/16/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

    The case was paid in full 02/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
WORLD FINANCIAL NETWORK    UNSECURED           238.77            .00           95.51
WORLD FINANCIAL NETWORK    UNSECURED           196.67            .00           78.67
CROWN MORTGAGE             CURRENT MORTG          .00            .00             .00
CROWN MORTGAGE             MORTGAGE ARRE      2112.66            .00         2112.66
LASALLE NATIONAL BANK      CURRENT MORTG          .00            .00             .00
US BANK/RETAIL PAYMENT     SECURED            5700.00         582.59         5700.00
US BANK/RETAIL PAYMENT     UNSECURED          2754.34            .00         1101.74
CAPITAL ONE SERVICES       UNSECURED        NOT FILED            .00             .00
SMC                        UNSECURED           854.86            .00          341.94
CASUAL CORNER GROUP        UNSECURED        NOT FILED            .00             .00
UNITED STUDENT AID FUNDS   UNSECURED          9414.73            .00         3765.89
EXCEL                      UNSECURED        NOT FILED            .00             .00
FLEET CREDIT CARD SERVIC   UNSECURED          5729.79            .00         2291.92
TIERRE GRANDE CONDO ASSO   SECURED             807.87            .00          807.87
HARRIS BANK                UNSECURED          1020.01            .00          408.00
CITIBANK                   UNSECURED           249.57            .00           99.83
ECAST SETTLEMENT CORP      UNSECURED          1009.72            .00          403.89
MARSHALL FIELDS            UNSECURED           836.18            .00          334.47
MIDWEST PHYSICIAN GROUP    UNSECURED        NOT FILED            .00             .00
MONEY MANAGEMENT INTERNA   UNSECURED        NOT FILED            .00             .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED            .00             .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED            .00             .00
RETAILERS NATIONAL BANK    UNSECURED        NOT FILED            .00             .00
US DEPT OF EDUCATION       UNSECURED          3362.99            .00         1345.20
ST JAMES OLYMPIC           UNSECURED        NOT FILED            .00             .00
T-MOBILE BANKRUPTCY        UNSECURED           448.55            .00          179.42
ROUNDUP FUNDING LLC        UNSECURED           187.40            .00           74.96
VERIZON WIRELESS           UNSECURED        NOT FILED            .00             .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY       2,500.00                        2,500.00
TOM VAUGHN                 TRUSTEE                                           1,419.34
DEBTOR REFUND              REFUND                                           12,081.24


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00083 VICTORIA A CHAPMAN
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     35,725.14

PRIORITY                                                  .00
SECURED                                              8,620.53
    INTEREST                                           582.59
UNSECURED                                           10,521.44
ADMINISTRATIVE                                       2,500.00
TRUSTEE COMPENSATION                                 1,419.34
DEBTOR REFUND                                       12,081.24
                           ---------------      ---------------
TOTALS                      35,725.14               35,725.14
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE